IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDY MERKEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-cv-435-RJD |
| | ) |
| COMMISSIONER of SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**DALY, Magistrate Judge:**

This matter comes before the Court on the Commisioner's Joint Motion for Attorney Fees. Doc. 22. The parties agree and stipulate to an award of attorney fees in the amount of $7,800. *Id*.

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B). The Court further finds that the amount sought is reasonable and appropriate. Therefore, the Joint Motion for Attorney Fees (Doc. 22) is **GRANTED**. Plaintiff is awarded $7,800.00 for attorney fees in full satisfaction of any and all claims for attorney fees that may have been payable to Plaintiff in this matter under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to offset, Defendant will direct that the award be made payable to Rory J. Linerud pursuant

to the EAJA assignment duly signed by Plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: Linerud Law Firm, PO Box 5734, Salem, OR 97304.

**DATED: August 27, 2024**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**